# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WASHINGTON, <br><br>　　　　　　　　　　　Plaintiff, <br><br> v. <br><br> RGC GASLAMP LLC, et al., <br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-01718 W (AGS) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 11.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  December 3, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1